**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GLENY COLLADO SANTANA,

                Plaintiff,            22 **CIVIL** 6014 (BCM)

    -v-                           <u>**JUDGMENT**</u>

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 3, 2023, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Commissioner will offer the plaintiff the opportunity for a new hearing and issue a new decision.

**Dated:** New York, New York
         January 4, 2023

                                                   **RUBY J. KRAJICK**

                                              _____
                                                   **Clerk of Court**

                       **BY:**      *K. Mango*

                                                  _____
                                                 **Deputy Clerk**